WARREN TERWILLIGER et al., Appellants, v. VILLAGE OF ELLENVILLE, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of PHILIP WERNER, Appellant, against FRIED & SCHIMERMAN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

■

In the Matter of COPLIN YARAS, Petitioner, against MARTIN SCHENCK, as Albany County Judge, et al., Respondents.— Motion for an order modifying an order made at Special Term on April 11, 1955, by striking therefrom the following: " Ordered that further proceedings or the part of the respondents herein shall be stayed pending the argument, determination and the entry of a final order herein or until the further direction of this Court." Motion granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

■

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. HERBERT J. Low, Respondent, et al., Defendant.— Motion for permission to appeal to the Courts of Appeals granted. This court certifies the following question of law: " Should the motion by the defendant Herbert J. Low for summary judgment have been granted? " Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ. [See ante, p. 525.]

■

In the Matter of LYMAN WHITE, Petitioner, against STATE BOARD OF PHARMACY, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ. [See ante, p. 486.]